718 A.2d 1245

**In re SUBPOENA NO. 22.**

**Appeal of A.B.**

Supreme Court of Pennsylvania.

Oct. 6, 1998.

## *ORDER*

PER CURIAM:

AND NOW, this 6th day of October, 1998, the Petition for Allowance of Appeal is **GRANTED** limited to the issue of whether the psychotherapist-client privilege prohibits disclosure of confidential communications following the client's death.